BELCHER, Commissioner.

Appellant was convicted for the offense of possessing intoxicating liquor for the purpose of sale in a dry area, and, upon a plea of guilty before the court without a jury, his punishment was assessed by the court at a fine of $250.

The complaint and information, as well as all matters of procedure, appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.

### Ex parte DUNN.
### No. 26694.

Court of Criminal Appeals of Texas.

Nov. 4, 1953.

Joel W. Westbrook, John A. Daniels, San Antonio, for appellant.

Austin F. Anderson, Crim. Dist. Atty., Richard J. Woods, Asst. Crim. Dist. Atty.,

San Antonio, Wesley Dice, State's Atty., of Austin, for the State.

MORRISON, Judge.

This proceeding was instituted under Article 119, Vernon's Ann.C.C.P. Relator complains that he is unlawfully detained by virtue of two sentences of the Criminal District Court of Bexar County.

An examination of the sentences reveals that notice of appeal to this Court was given from one sentence, which appeal has not been filed in this Court, and that the other was a sentence that was appealable to this Court.

The writ of habeas corpus cannot be substituted for an appeal.

The relief prayed for is denied.

### GODFREY v. STATE.
### No. 26563.

Court of Criminal Appeals of Texas.

Nov. 4, 1953.

